UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-00300-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JAMES M. HARMON, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the joint Motion to Limit Sentence to Penalties for Petty Offenses. For cause, the parties state that while defendant has been provided with appropriate notice as required under Rule 42(a), Fed.R.CrimP., the charge of criminal contempt under 18 U.S.C. § 401 does not specify a maximum possible penalty, but provides for punishment in the discretion of the Court. As such, the defendant would be entitled to a jury trial if the maximum possible penalty was one year or more. The defendant and the government agree that it would be appropriate to treat this as a petty criminal offense, which carries a maximum penalty of six months in prison and/or a $5000 fine, and a special assessment of $10 as provided by 18 U.S.C. § 3013(a)(1)(A)(ii), but does not provide for a jury trial. Based on such motion and its own initial review, the Court agrees that it would be an appropriate exercise of discretion to limit the maximum possible punishment to that of a petty offense.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Limit Sentence to Penalties for Petty Offenses (#12) is **GRANTED**, and this matter shall be treated as a Petty Offense, with this Court retaining jurisdiction over the matter.

Signed: December 3, 2018



Max O. Cogburn Jr
United States District Judge

1