UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18cr300-MOC-DSC-1

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JAMES M. HARMON, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the parties' Joint Motion to Stay Case During Period of Pretrial Diversion, (Doc. No. 19). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Stay Case During Period of Pretrial Diversion, (Doc. No. 19), is **GRANTED**, and this matter is stayed for period of six months. While the Speedy Trial Act does not apply to petty offenses, the court finds the delay caused by such stay shall be excluded in accordance with 18 U.S.C. § 3161(h)(2) (excluding "[a]ny period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreements with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct"). Further, the ends of justice served by granting such stay outweigh the best interests of the public and the defendant in a speedy trial. Specifically, defendant and counsel have shown a need for additional time to complete the required paperwork for defendant to be placed in Pre-Trial Diversion, as the parties

have agreed is appropriate, and to otherwise resolve matter.  This matter is stayed for a period of

six months, and the time is excluded.

Signed: May 1, 2019

Max O. Cogburn Jr.
United States District Judge