UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18cr300-MOC-DSC-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JAMES M. HARMON,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss defendant's criminal contempt proceeding.

**ORDER**

**IT IS HEREBY ORDERED** that the Government's Motion to Dismiss Criminal Contempt (Doc. No. 22) is **GRANTED** without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, the U.S. Marshals Service, and the United States Attorney's Office.

Signed: October 31, 2019

Max O. Cogburn Jr
United States District Judge